TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-06-00249-CR







Anthony Mark Schemm, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT


NO. CR-04-811, HONORABLE RONALD G. CARR, JUDGE PRESIDING






O R D E R



PER CURIAM


Appellant's motion for extension of time to file brief is granted. Appellant's counsel,
Mr. David K. Sergi, is ordered to tender a brief in this cause no later than January 5, 2007. No
further extension of time will be granted.

It is ordered November 17, 2006. 



Before Chief Justice Law, Justices Patterson and Puryear

Do Not Publish